No. 99–928.  COSMAIR, INC. v. MICHIGAN DEPARTMENT OF THE TREASURY.  Ct. App. Mich.  Certiorari denied.

No. 99–931.  CREFISA INC. v. WASHINGTON MUTUAL BANK, F. A., ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 99–952.  MURLIN-GARDNER v. PENNSYLVANIA DEPARTMENT OF REVENUE.  C. A. 3d Cir.  Certiorari denied.

No. 99–955.  CLASSIC CORP. v. AMERICAN NATIONAL WATER-MATTRESS CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–976.  WILBANKS v. A. H. ROBBINS CO., INC.  C. A. 5th Cir.  Certiorari denied.

No. 99–979.  WIESNER v. WILLKIE, FARR & GALLAGHER ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 99–1008.  GEHL CO. v. KINSER, HEIR-AT-LAW AND PERSONAL REPRESENTATIVE OF THE ESTATE OF KINSER, DECEASED.  C. A. 10th Cir.  Certiorari denied.

No. 99–1023.  KALAN v. BOCKHORST, EHRLICH & KAMINSKEE.  Ct. App. Wis.  Certiorari denied.

No. 99–1028.  COSTA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–1033.  BORNFIELD v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–1050.  JASIN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–1057.  DRUCKER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–1061.  FOGG v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 99–1080.  WIENER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.